UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Hormel Foods, LLC, and Hormel Foods International Corporation,<br><br>  Plaintiffs,<br><br>vs.<br><br>Zwanenberg Food Group (USA), Inc.,<br><br>  Defendant. | Court File No.:  11-cv-00774 (DSD/SER)<br><br>**DEFENDANT ZWANENBERG FOOD GROUP (USA), INC.'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Zwanenberg Food Group (USA), Inc. states it has no stockholder which is a publicly held company owning more than 10% of its stock and that Defendant's parent corporation is ZFG New Jersey, Inc.

Dated:  August 29, 2011

By:  s/ Ruth Rivard
   James G. Bullard (No. 123249)
   Ruth Rivard (No. 327591)

LEONARD, STREET AND DEINARD
  Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota  55402
Telephone: (612) 335-1500
Fax:  (612) 335-1657
jim.bullard@leonard.com
ruth.rivard@leonard.com

*and*

Fred H. Perkins (*pro hac vice pending*)
Alvin C. Lin (*pro hac vice pending*)

MORRISON COHEN LLP
909 Third Avenue
New York, New York 10022

8065415v1

Telephone: (212) 753-8600
Fax: (212) 735-8708
fhperkins@morrisoncohen.com
alin@morrisoncohen.com

*Attorneys for Defendant Zwanenberg Food Group (USA), Inc.*

8065415v1